# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NANCY GARZA,

                        Plaintiff,

v.

RACINE MOTORCARS LLC,

                        Defendant.

Case No. 18-CV-702-JPS

**ORDER**

The plaintiff filed her complaint in this matter on May 4, 2018. (Docket #1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The ninety-day deadline expired on August 2, 2018. A summons was issued in May but no evidence of service has been filed. The Court will therefore require that, **within fourteen (14) days of the entry of this Order**, the plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of this action without prejudice and without further notice. *See* Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS ORDERED** that, **within fourteen (14) days of the entry of this Order**, the plaintiff must provide evidence of service or otherwise explain

why good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge