# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

NANCY GARZA,

        Plaintiff,

v.

RACINE MOTORCARS LLC,

        Defendant.

Case No. 18-CV-702-JPS

**ORDER**

On August 29, 2018, the plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #5). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

Dated at Milwaukee, Wisconsin, this 30th day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge